UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
FEB 0 3 2009

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAKOTA BEEF, LLC,<br><br>Defendant. | CR 09-40012<br><br>**INFORMATION**<br><br>Hiring Unauthorized Aliens<br><br>8 U.S.C. § 1324a(a)(1)(A) |

The Assistant United States Attorney charges and informs the Court:

Between on or about May 1, 2007 through and including approximately July 1, 2008, at Howard, in the District of South Dakota, Dakota Beef, LLC did hire for employment in the United States 15 aliens knowing that they were unauthorized aliens (as defined in 8 U.S.C. § 1324a(h)(3)) with respect to such employment, in violation of 8 U.S.C. § 1324a(a)(2).

Dated this 3rd day of February, 2009.

MARTY J. JACKLEY
United States Attorney

KEVIN KOLINER
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)330-4400
Facsimile: (605)330-4410
E-Mail: kevin.koliner@usdoj.gov